# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>TEA CUB PARLOR INC.,<br><br>  Defendant. | Case No. 21-cv-05765-BLF<br><br>**ORDER TO SHOW CAUSE** |

Defendant Tea Cub Parlor Inc. and its attorney Philip Harris Stillman are hereby ORDERED TO SHOW CAUSE why they should not be held in contempt of court and fined in the amount of $250 plus reasonable attorneys' fees for failure to comply with Court orders. *See* ECF Nos. 27, 29. Defendants SHALL respond in writing to this order to show cause **no later Tuesday, May 17, 2022**. An order to show cause hearing is set on **May 26, 2022 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 3, 2022

_____
BETH LABSON FREEMAN
United States District Judge